SCOTT KEITH WILSON, Federal Public Defender (#7347)
AUDREY K. JAMES, Assistant Federal Defender (#9804)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>TRACI ANN SOTO,<br><br>        Defendant. | **MOTION TO REVIEW DETENTION AND REQUEST FOR HEARING**<br><br>Case No. 1:20-CR-00009 HCN |

Defendant, Traci Ann Soto, by and through her counsel of record, Audrey K. James, moves this Court to schedule a hearing to review her detention status and consider her release to reside at an outside residence.  This motion is based on the following:

1.      An initial appearance on the indictment returned in this matter was held on March 03, 2020.  Defendant was ordered detained based on findings that she constitutes a risk of danger to the community.

2.      Traci has been provisionally accepted into Odyssey House treatment program pending availability of a bed.

3.       Based on the foregoing, the defendant respectfully requests a hearing to review her detention based on that material change of circumstances.

DATED this 10th day of April 2020.


/s/ *Audrey K. James*
AUDREY K. JAMES
Assistant Federal Public Defender