IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>TRACI ANN SOTO,<br><br>      Defendant. | **ORDER FOR HEARING ON REVIEW OF PRETRIAL RELEASE**<br><br><br>Case No. 1:20-CR-00009 HCN |

  Based on the motion of defendant and good cause shown;

  It is hereby **ORDERED** a hearing will be scheduled on the _____ day of April, 2020 to review Defendant's detention status and possible residency at Odyssey House Treatment Center.

  DATED this 10th day of April 2020.


                           _____
                           HONORABLE DUSTIN B. PEAD
                           United States Magistrate Judge