IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>TRACI ANN SOTO,<br><br>　　　　　　　Defendant. | ORDER FOR RELEASE TO ODYSSEY HOUSE<br><br><br>Case No. 1:20-CR-00009 HCN |

　　　On June 8, 2020, defense counsel confirmed with Ms. Pamela Chavez at Odyssey House, that a bed will be available for Ms. Soto on June 18, 2020 if she can arrange her own transportation and be at the inpatient facility for admission by 2:00 p.m.

　　　Therefore,

　　　**IT IS HEREBY ORDERED** Ms. Soto shall be released from Weber County Jail to a family member for transportation to Odyssey House inpatient treatment facility on June 18, 2020 at 1:00 p.m.

　　　An employee of the Utah Federal Defender's Office will accompany them to Odyssey House.

　　　**DATED** this 15th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT**:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE DUSTIN B. PEAD**
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge